# STATE OF MICHIGAN

# COURT OF APPEALS

HOME-OWNERS INSURANCE COMPANY,

        Plaintiff-Appellee,

v

STEVEN FOURMENT, KIMBERLY
FOURMENT, and HANOVER INSURANCE
COMPANY,

        Defendants,

and

NICOLE BALL,

        Defendant-Appellant.

UNPUBLISHED
February 21, 2017

No. 327751
Wayne Circuit Court
LC No. 14-009444-CK

---

HOME-OWNERS INSURANCE COMPANY,

        Plaintiff-Appellee,

v

STEVEN FOURMENT, KIMBERLY
FOURMENT, and NICOLE BALL,

        Defendants,

and

HANOVER INSURANCE COMPANY,

        Defendant-Appellant.

No. 330269
Wayne Circuit Court
LC No. 14-009444-CK

---

Before: JANSEN, P.J., and BECKERING and GADOLA, JJ.

BECKERING, J. (*concurring*).

-1-

I concur in result only.

/s/ Jane M. Beckering